IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                                  PETITIONER

VERSUS                                               CIVIL ACTION NO. 5:08cv338-DCB-MTP

BRUCE PEARSON                                                    RESPONDENT

## ORDER

This cause is before the Court on plaintiff's motion to reconsider [6] the order entered on or about February 10, 2009.[1] Having reviewed the record, this Court finds that it has not entered any order on or about February 10, 2009, in the instant civil action. Therefore, the petitioner's motion for reconsideration [6] is not well-taken and is hereby **denied**.

SO ORDERED this the   26th    day of February, 2009.

                                                                           s/ David Bramlette
                                                         UNITED STATES DISTRICT JUDGE

---

[1] A notice of appeal was included with his motion for reconsideration [6] filed February 23, 2009.