IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, # 13965-052                                                    PETITIONER

V.                                              CIVIL ACTION NO. 5:08cv338-DCB-MTP

BRUCE PEARSON, Warden                                                    RESPONDENT

## ORDER TO SHOW CAUSE

THIS MATTER is before the court *sua sponte* upon receipt of mail returned as

undeliverable [31] indicating that the address provided by Petitioner is now incorrect.[1]  On or

about October 22, 2009, the court attempted to serve Petitioner with a copy of a Text Order

granting Petitioner's Motion [25] to Amend/Correct Petition for Writ of Habeas Corpus.  The

envelope containing the Order was returned to the Clerk on November 3, 2009 with the

following notations: "Return to Sender"; "Forwarding Time Expired"; "Not Deliverable as

Addressed"; and "Unable to Forward."  *See* [31].  Petitioner has not notified the court of a

change of address, and he has been warned on at least five occasions that failure to comply with

the court's orders or to keep the court informed of his current address could result in a dismissal

of this matter.  *See* [3] [9] [13] [15] [17].  Accordingly, it is

ORDERED:

(1) That Petitioner file a written statement with the clerk of court on or before November

30, 2009, setting forth why this case should not be dismissed for failure to prosecute; **or**

**alternatively**,

(2) That Petitioner confirm his present address or provide the clerk of court with his new

_____

[1] The address provided by Petitioner is:  Federal Correctional Complex, 1 AU, P.O. Box
5000, Yazoo City, MS 39194.

address, in writing, on or before November 30, 2009.

IT IS FURTHER ORDERED that Petitioner's failure to respond may result in this civil action being dismissed without further notice.

SO ORDERED on the 17th day of November, 2009.

s/ Michael T. Parker
United States Magistrate Judge