IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                             PETITIONER

VS.                                               CIVIL ACTION NO. 5:08CV338DCB-MTP

BRUCE PEARSON, Warden                                               RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Petitioner's Petition for a Writ of Habeas Corpus [1] should be denied and dismissed without prejudice and that all pending motions, if any, should be dismissed as moot..

IT IS, THEREFORE, ORDERED AND ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus [1] is denied and dismissed without prejudice and all pending motions, if any, are dismissed as moot.

SO ORDERED this the  29th  day of December, 2009.

                                                       s/David Bramlette
                                                       UNITED STATES DISTRICT JUDGE